UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Gonzalez,                                            Civil 05-655 MJD/FLN

    Petitioner,

v.                                                                       O R D E R

C. Holinka, Crist, Warden, et al.,

    Respondents.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 19, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application to proceed *in forma pauperis* [#2] is DENIED; and

2. Petitioner's application for a writ of habeas corpus [#9] is summarily dismissed.

DATED: June 15, 2005.                s/ Michael J. Davis
at Minneapolis, Minnesota            JUDGE MICHAEL J. DAVIS
                                           United States District Court